UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| JASON RAY,, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| MADISON COUNTY, ET AL., | CASE NO: 15-1015-STA-egb |
| Defendants. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying Plaintiff's Motion To Amend Complaint and Granting Defendant's Motion For Summary Judgment entered on July 17, 2018, the motion to amend is DENIED. The Defendant Madison County's motion for summary judgment is GRANTED. Judgment is entered in favor of Defendant.

APPROVED:


s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 7/17/2018                THOMAS M. GOULD
                               Clerk of Court


                                    s/Maurice B. BRYSON

                               (By)  Deputy Clerk